IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JAMIE I. CROWLEY,** | |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41** |
| -against- | |
| **TOMMY TRAN,** | Case No.: 3:24-cv-00833 (BKS/ML) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between the undersigned attorneys of record for Plaintiff Jamie I. Crowley, and Defendant Tommy Tran in his individual capacity and his official capacity as a Deputy for the Broome County Sheriff's Office, that all claims asserted by Plaintiff against such Defendant are hereby dismissed, with prejudice, with each party to bear its own costs.

Respectfully submitted,

**FOR PLAINTIFF:**

**LAW OFFICE OF EDWARD E. KOPKO**

By: _____
Law Office of Edward E. Kopko
202 East State Street - Suite 403
Ithaca, NY 14850
607-269-1300
Fax: 607-269-1301
Email: office@kopko.law

1

2

FOR DEFENDANT TOMMY TRAN:

THE BROOME COUNTY ATTORNEY'S OFFICE

By: <u>/s/ *Joshua Terrell*</u>
Joshua Terrell, Esq.
Broome County Attorney's Office
Broome County Office Building
60 Hawley Street
Binghamton, New York 13901
(607) 778-2117
Joshua.Terrell@broomecountyny.gov

IT IS SO ORDERED:

*Brenda K. Sannes* (signature)
Brenda K. Sannes
Chief U.S. District Judge

Dated: <u>September 30, 2025</u>
　　　　Syracuse, NY

2